2016AP2390–CR   State v. Jeffrey E. Olson   Dismissed   08/01/2017